Sara B. Allman, Esq. CSB #107932
■**Allman & Nielsen, P.C.** ■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail:     all-niel@comcast.net

Attorney for Defendant
ADAN GOMEZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CRAIG YATES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GOMEZ GAS; ADAN GOMEZ, an individual; and SAHNAZ PARVANEH, an individual<br><br>Defendants. | Case No.: CV-10-4754-PSG<br><br>**STIPULATION AND [**XXXXXXXXXXXX **ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br>[Civil L. R. 6-1] |

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT             -1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,
2  that the time within which defendant may answer or otherwise respond to the Complaint shall be,
3  and hereby is, extended to and including January 24, 2011.
4
5  Dated: 1/6/11
6
       Thomas E. Frankovich A Professional Law Corporation
7      By: _____
8      Thomas E. Frankovich, Esq.
       Attorneys for Plaintiff CRAIG YATES
9
10 Dated: 12-30-10
11     ALLMAN & NIELSEN, P. C.
12     By: _____
13     Sara B. Allman, Esq.
       Attorneys for Defendant
14     ADAN GOMEZ

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT -2-

ALLMAN & NIELSEN, P.C.
1911 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

## ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendant ADAN GOMEZ may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including January 24, 2011.

Dated: January 25, 2011

*Paul S. Grewal* (signature)

THE HONORABLE PAUL S. GREWAL

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT   -3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726