UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOMEZ GAS, ET AL.,<br><br>　　　　　Defendants. | Case No.: C-10-04754 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

　　The court has been informed that the above-captioned action has settled. The parties shall file a stipulation of dismissal no later than November 18, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on November 22, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

　　Failure to comply with this Order may result in dismissal of the action pursuant to

Federal Rule of Civil Procedure 41(b).

      IT IS SO ORDERED.

Dated:  November 2, 2011

                                              PAUL S. GREWAL
                                              United States Magistrate Judge