THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

CRAIG YATES, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual, | ) | CASE NO. CV- 10-4754-PSG |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AND [ xxxxxxxx ] ORDER THEREON** |
| v. | ) ) | |
| GOMEZ GAS; ADAN GOMEZ, an individual; and SHAHNAZ PARVANEH, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

///

This stipulation may be executed in counterparts, all of which together shall constitute one original document..

Dated: October 25, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /S/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES

Dated: 10-26, 2011

ALLMAN & NIELSEN, P.C.

By: _____
Sara B. Allman, Esq.
Attorneys for ADAN GOMEZ, an individual;

Dated: _____, 2011

VALERIAN, PATTON & STRATMAN

By: _____
Edward J. Rodzewich,
Attorneys for SHAHNAZ PARVANEH,

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary., LTD with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: 11/4, 2011

Honorable Judge Paul S. Grewal
U.S. Magistrate Judge

STIPULATION OF DISMISSAL AND [] XXXXX ] ORDER THEREON        CASE NO. CV- 10-4754-PSG

-2-

-2-

This stipulation may be executed in counterparts, all of which together shall constitute one original document..

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES

Dated: _____, 2011

ALLMAN & NIELSEN, P.C.

By: _____
Sara B. Allman, Esq.
Attorneys for ADAN GOMEZ, an individual;

Dated: 11/19/11, 2011

VALERIAN, PATTON & STRATMAN

By: _____
Edward J. Rodzewich,
Attorneys for SHAHNAZ PARVANEH,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary., LTD with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: _____, 2011

_____
Honorable Judge Paul S. Grewal
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [ XXXXX ] ORDER THEREON         CASE NO. CV- 10-4754-PSG

-2-